UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| DIANE LACINA, | § | |
| | § | |
| *Plaintiff,* | § | CIVIL ACTION NO. |
| | § | |
| vs. | § | 3:11-cv-00811-O |
| | § | |
| MERRILL LYNCH PIERCE FENNER | § | |
| & SMITH, INCORPORATED | § | |
| | § | |
| *Defendants.* | § | |
| | § | |
| BANK OF AMERICA | § | |

Defendants

## JOINT MOTION TO EXTEND SCHEDULING ORDER DEADLINES

TO THE HONORABLE UNITED STATES JUDGE REED O'CONNOR:

Pursuant to Federal Rule of Civil Procedure 6(b), Plaintiff Diane Lacina ("Lacina"), and Defendants Merrill Lynch Pierce Fenner & Smith, Incorporated and Bank of America ("collectively referred to as Merrill Lynch") respectfully file this Joint Motion to Extend Scheduling Order Deadlines and in support present the following:

I.
## PROPOSED EXTENSION OF DEADLINES

The parties move the Court to extend all of the deadlines set forth in the Court's Scheduling Order of August 3, 2011 one hundred and twenty days except the deadline for joinder of parties or amendments of pleadings which has been met. That Scheduling Order sets forth the following pertinent deadlines:

Joint Motion for Extension Page 1

1.   Initial Expert Designation & Report – October 22, 2011;

2.   Responsive Expert Designation & Report – November 21,  2011;

3.   Rebuttal Expert Designation & Report, 30 days after disclosure by other party;

4.   Deadline for Expert Objections – May 16, 2012;

5.   Deadline for Dispositive Motions – February 20,  2011;

6.   Deadline for Mediation – December 21, 2011;

7.   Deadline for Completion of Discovery -  January 21, 2012;

8.   Deadline for Pretrial Disclosures and Objections – May 10, 2012, Objections due 14
     days thereafter;

9.   Deadline for Pretrial Materials (pretrial order etc.) – May 10, 2012;

10.  Exchange of Exhibits – June 5, 2012;

11.  Pretrial Conference – To be set if necessary;

12.  Trial Date -  June 20, 2012.

The parties respectfully move the Court to extend all of the deadlines set forth in the Court's
     Scheduling Order to the  following deadlines:

13.  Initial Expert Designation & Report – **February 20, 2012**;

14.  Responsive Expert Designation & Report – **March 20, 2012**;

15.  Rebuttal Expert Designation & Report, 30 days after disclosure by other party;

16.  Deadline for Expert Objections – **September 13, 2012;**

17. Deadline for Dispositive Motions – **June 19, 2012;**

18. Deadline for Mediation – **April 20, 2012;**

19. Deadline for Completion of Discovery - **May 16, 2012**;

20. Deadline for Pretrial Disclosures and Objections – **September 7, 2012**;  Objections due

    14 days thereafter

21. Deadline for Pretrial Materials (pretrial order etc.) – **September 7, 2012**;

22. Exchange of Exhibits – **October 3,  2012;**

23. Pretrial Conference – To be set if necessary;

24. Trial Date - **October 18, 2012.**

## II.

## PURPOSE OF THE REQUEST FOR EXTENSION

The parties have jointly filed this motion for the extension of certain deadlines set forth in the prior Scheduling Order. While the parties have completed the Initial Disclosure process and have commenced written discovery, the parties require additional time for discovery not only to ensure compliance with the written discovery requests but to also take depositions. Unfortunately, progress has been hampered primarily because of serious health issues of counsel for Plaintiff. These health concerns have made it impossible for her to participate in discovery and prosecute this cause as she typically would in the absence of these health concerns. Because of the seriousness of the health issues, as well as the confidential nature of such issues, said issues are not being disclosed on PACER. However, should the Court so request and grant permission, in order to guide the Court, counsel for the Plaintiff is more than willing to file a Status Report under seal promptly relating to those health issues and their impact on scheduling. In addition, the Defendant has new counsel as on October 5, 2011, Natalia Oehninger, Esquire, filed a notice of appearance on behalf of Defendants in substitution of Defendants' former counsel who withdrew to pursue a new employment opportunity.

This Joint Motion is made so that the interest of justice may be served and not solely for the purpose of delay. Allowing for further discovery will give both sides the opportunity to assess the case more fully including pre-mediation assessment.

For the reasons stated herein, Plaintiff Lacina and Defendants Merrill Lynch respectfully pray that the above-referenced deadlines be extended. The parties also seek all such other relief which the Court deems just.

Joint Motion for Extension Page 4

Respectfully Submitted,

/s/ Janette Johnson
Janette Johnson
Texas Bar No. 10744020

Law Offices of Janette Johnson
2601 Welborn Street
Dallas, Texas 75219
(214) 522-4090
(214) 522-4092 (fax)

Attorneys for Plaintiff


/s/ Matthew W. Ray, Esq.
(with permission)
Texas Bar No. 00788248

Matthew W. Ray, Esq.
Natalia Oehninger. Esq.

Jones Day
2727 North Hanwood Street
Dallas,  Texas 75201-1515
(214) 969 5258
(214) 969-5100 (fax)

Attorneys for Defendants

Joint Motion for Extension Page 5